PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jan 17, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:

THE PERSON OF TRAVON MAURICE JACOBS, XX/XX/1989, THE PREMISES LOCATED AT 1672 DOVER AVENUE, FAIRFIELD, CALIFORNIA 94533; AND A GREY 2020 AUDI S7 VEHICLE, VIN# WAUPFAF28LN060687;

CASE NO. 2:24-sw-0056 CKD

SEALING ORDER

**UNDER SEAL**

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: January 17, 2024

_Carolyn K. Delaney_
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

SEALING ORDER